UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YUDELKA ROSARIO,                                                  :
:
:
Plaintiff,                          :
:                 24-CV-5574 (JMF)
-v-                                 :
:                      ORDER
NORTHSTAR LOCATION SERVICES, LLC,                                 :
:
Defendant.                          :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Federal Rule 4(*l*)(1) requires that "proof of service . . . be made to the court." Fed. R. Civ. P. 4(*l*)(1). It further provides that "[e]xcept for service by a United States marshal or deputy marshal, proof must be by the server's affidavit." *Id*. The document filed by Plaintiff at ECF No. 6 — a USPS delivery confirmation — does not comply with this requirement. Plaintiff is hereby ORDERED to file proper proof of service no later than **August 30, 2024**.

      SO ORDERED.

Dated: August 23, 2024
       New York, New York

                                                    JESSE M. FURMAN
                                          United States District Judge