UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
YUDELKA ROSARIO,                                                        :
:
                      Plaintiff,                              :
:      24-CV-5574 (JMF)
         -v-                                                           :
:      ORDER
NORTHSTAR LOCATION SERVICES, LLC,                                       :
:
                      Defendant.                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's August 24, 2024, Order, ECF No. 7, Plaintiff was required to file proper proof of service, the contents of which are described therein, no later than August 30, 2024. To date, Plaintiff has not filed proper proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 6, 2024**.

       SO ORDERED.

Dated: September 3, 2024
       New York, New York                     _____
                                                     JESSE M. FURMAN
                                         United States District Judge