UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
YUDELKA ROSARIO, :
:
:
Plaintiff, :
: 24-CV-5574 (JMF)
-v- :
: ORDER
:
NORTHSTAR LOCATION SERVICES, LLC, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's August 24, 2024 Order, ECF No. 7, Plaintiff was required to file proper proof of service pursuant to Federal Rule 4(*l*)(1), which requires proof of service "by the server's affidavit." Fed. R. Civ. P. 4(*l*)(1). The document filed by Plaintiff at ECF No. 9 – another USPS delivery confirmation – continues to fall short of this requirement. As a courtesy, Plaintiff shall have one more opportunity to comply with the Court's August 24, 2024 Order. Plaintiff shall file proper proof of service no later than **September 6, 2024**. Failure to comply will result in dismissal of the case without further notice.

     SO ORDERED.

Dated: September 4, 2024
      New York, New York  
                                                    JESSE M. FURMAN
                                              United States District Judge