UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
YUDELKA ROSARIO,                                                  :
:
                      Plaintiff,                        :
:      24-CV-5574 (JMF)
       -v-                                                     :
:      ORDER
NORTHSTAR LOCATION SERVICES, LLC,                                 :
:
                      Defendant.                        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendant Northstar Location Services, LLC ("Northstar") was required to answer the Complaint by September 26, 2024, *see* ECF No. 11, but has not done so to date. As a courtesy, Defendant Northstar's deadline is hereby EXTENDED, *nunc pro tunc*, to **October 4, 2024**. The Court will invite Plaintiff to move for default judgment against Defendant Northstar if the latter fails to appear and answer the Complaint by that deadline. Finally, the initial pretrial conference scheduled for October 9, 2024, is hereby ADJOURNED to **November 6, 2024**.

       Plaintiff is directed to serve a copy of this Order on Defendant Northstar, and to file proof so such service by **October 2, 2024**.

       SO ORDERED.

Dated: September 30, 2024
       New York, New York
                                                      JESSE M. FURMAN
                                               United States District Judge